**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7102**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

LORENZO ADDERLY, a/k/a Son-Son, a/k/a Kendrick
A. McKenzie,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CR-95-74)

_____

Submitted:  November 29, 2001        Decided:  December 5, 2001

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Lorenzo Adderly, Appellant Pro Se.  Stephen Wiley Miller, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lorenzo Adderly appeals from the district court's order denying his motion for reconsideration of the order in which the district court granted Adderly's Fed. R. Civ. P. 60(b) motion, amended his criminal judgment, and reduced his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Adderly, No. CR-95-74 (E.D. Va. May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2